UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINA M. RAVE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HEALTH CARE SERVICE CORPORATION, A MUTUAL LEGAL RESERVE COMPANY,<br><br>　　　　Defendant. | 4:17-CV-04146-RAL<br><br><br>JUDGMENT OF DISMISSAL |

On November 22, 2017, Plaintiff Christina M. Rave filed a Notice of Voluntary Dismissal, Doc. 4. Based on the Notice of the Plaintiff, it is hereby

ORDERED, ADJUDGED AND DECREED that this case is dismissed with prejudice and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

DATED this 27th day of November, 2017.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE